IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAKEDA PHARMACEUTICAL CO., | No. C 13-02416 SI |
| Plaintiff, | **ORDER DENYING DEFENDANT'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| v. | |
| IMPAX LABORATORIES INC., | |
| Defendant. | |

On July 1, 2013, defendant filed an administrative motion to seal documents in connection with its opposition to an administrative motion to relate. The administrative motion to relate was pending in a separate case in this District before Judge Koh – *Par Pharmaceutical, Inc., et al. v. Takeda Pharmaceutical Co., Ltd., et al.*, 13-CV-01927-LHK. Thus, pursuant to Civil Local Rule 3-12(e), the administrative motion to seal and the opposition to the motion to relate should have been filed in the case pending before Judge Koh. On July 9, 2013, Judge Koh granted the motion to relate, thereby relating the instant case and others to the case already pending before her. Accordingly, defendant's administrative motion to seal is now MOOT and therefore the motion is DENIED.

**IT IS SO ORDERED.**

Dated: July 11, 2013

SUSAN ILLSTON
United States District Judge