UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TAKEDA PHARMACEUTICAL CO., LTD., TAKEDA PHARMACEUTICALS U.S.A., INC., AND TAKEDA PHARMACEUTICALS AMERICA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>IMPAX LABORATORIES, INC.,<br><br>Defendant. | Case No.:   13-CV-02416-LHK<br><br>ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

In light of the Court's order staying all deadlines for 45 days pending regulatory review of the parties' settlement (ECF No. 113), the case management conference set for November 5, 2014 is hereby CONTINUED to December 10, 2014, at 2:00 P.M., should it be necessary following the regulatory review period.

**IT IS SO ORDERED.**

Dated: October 29, 2014

_____
LUCY H. KOH
United States District Judge

1