*All parties and counsel listed on Signature Page.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAKEDA PHARMACEUTICAL CO., LTD., TAKEDA PHARMACEUTICALS U.S.A., INC., AND TAKEDA PHARMACEUTICALS AMERICA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>IMPAX LABORATORIES, INC.,<br><br>Defendant. | Case No. 5:13-CV-2416 LHK (PSG)<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AND [PROPOSED] ORDER** |

WHEREAS Plaintiffs Takeda Pharmaceutical Co., Ltd., Takeda Pharmaceuticals U.S.A., Inc., and Takeda Pharmaceuticals America, Inc. (collectively, "Takeda"), and Defendant Impax Laboratories, Inc., have agreed to terms and conditions for a settlement of this action and have set forth those terms and conditions in a settlement agreement;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel of record:

1. This action hereby is voluntarily dismissed in its entirety without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii);

2. This Court retains jurisdiction to enforce the settlement agreement; and

3. Each party shall bear its own attorneys' fees and costs.

DATED: December 1, 2014         TAKEDA PHARMACEUTICAL CO., LTD.,
                                                       TAKEDA PHARMACEUTICALS U.S.A., INC.,

1 | AND TAKEDA PHARMACEUTICALS AMERICA, INC.

2

3

4 | By: *Heather E. Takahashi*
Jeffrey I. Weinberger (SBN 056214)
*jeffrey.weinberger@mto.com*
5 | Ted G. Dane (SBN 143195)
*ted.dane@mto.com*
6 | Heather E. Takahashi (SBN 245845)
*heather.takahashi@mto.com*
7 | MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
8 | Los Angeles, CA 90071-1560
Telephone:     (213) 683-9100
9 | Facsimile:     (213) 687-3702

10 | Eric K. Chiu (SBN 244144)
*eric.chiu@mto.com*
11 | MUNGER, TOLLES & OLSON LLP
560 Mission Street
12 | San Francisco, California 94105-2907
Telephone:     (415) 512-4000
13 | Facsimile:     (415) 512-4077

14

15 | IMPAX LABORATORIES, INC.

16

17 | By: */s/ Eric M. Acker*
DAVID C. DOYLE (SBN 70690)
*DDoyle@mofo.com*
18 | ERIC M. ACKER (SBN 135805)
*EAcker@mofo.com*
19 | MORRISON & FOERSTER LLP
12531 High Bluff Drive
20 | San Diego, California 92130-2040
Telephone: (858)720-5100
21 | Facsimile: (858)720-5125

22 | PARISA JORJANI (SBN 203487)
*PJorjani@mofo.com*
23 | MORRISON & FOERSTER LLP
425 Market Street, 32nd Floor
24 | San Francisco, CA 94105
Telephone: (415) 268-7000
25 | Facsimile: (415) 276-7505

26

27

28

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2  DATED: _____, 2014

3
                                               _____
4                                              THE HONORABLE LUCY H. KOH
                                               United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>Filer's Attestation</u>

I, Heather Takahashi, am the ECF user whose identification and password are being used to file this STIPULATION OF DISMISSAL WITHOUT PREJUDICE AND [PROPOSED] ORDER.  In compliance with Civil Local Rule 5-1(i), I hereby attest that the above-named signatories concur in this filing.

DATED: December 1, 2014

                                         */s/ Heather E. Takahashi*

                                         Heather E. Takahashi