*All parties and counsel listed on Signature Page.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAKEDA PHARMACEUTICAL CO., LTD., TAKEDA PHARMACEUTICALS U.S.A., INC., AND TAKEDA PHARMACEUTICALS AMERICA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>IMPAX LABORATORIES, INC.,<br><br>Defendant. | Case No. 5:13-CV-2416 LHK (PSG)<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AND [PROPOSED] ORDER** |

WHEREAS Plaintiffs Takeda Pharmaceutical Co., Ltd., Takeda Pharmaceuticals U.S.A., Inc., and Takeda Pharmaceuticals America, Inc. (collectively, "Takeda"), and Defendant Impax Laboratories, Inc., have agreed to terms and conditions for a settlement of this action and have set forth those terms and conditions in a settlement agreement;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel of record:

1. This action hereby is voluntarily dismissed in its entirety without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii);

2. This Court retains jurisdiction to enforce the settlement agreement; and

3. Each party shall bear its own attorneys' fees and costs.

DATED: December 1, 2014                TAKEDA PHARMACEUTICAL CO., LTD.,
                                       TAKEDA PHARMACEUTICALS U.S.A., INC.,

| | |
|---|---|
| 1 | AND TAKEDA PHARMACEUTICALS AMERICA, INC. |
| 2 | |
| 3 | |
| 4 | By: *Heather E. Takahashi* |
|   | Jeffrey I. Weinberger (SBN 056214) |
|   | *jeffrey.weinberger@mto.com* |
| 5 | Ted G. Dane (SBN 143195) |
|   | *ted.dane@mto.com* |
| 6 | Heather E. Takahashi (SBN 245845) |
|   | *heather.takahashi@mto.com* |
| 7 | MUNGER, TOLLES & OLSON LLP |
|   | 355 South Grand Avenue, 35th Floor |
| 8 | Los Angeles, CA 90071-1560 |
|   | Telephone:    (213) 683-9100 |
| 9 | Facsimile:     (213) 687-3702 |
| 10 | Eric K. Chiu (SBN 244144) |
|    | *eric.chiu@mto.com* |
| 11 | MUNGER, TOLLES & OLSON LLP |
|    | 560 Mission Street |
| 12 | San Francisco, California 94105-2907 |
|    | Telephone:    (415) 512-4000 |
| 13 | Facsimile:     (415) 512-4077 |
| 14 | |
|    | IMPAX LABORATORIES, INC. |
| 15 | |
| 16 | |
|    | By: */s/ Eric M. Acker* |
| 17 | DAVID C. DOYLE (SBN 70690) |
|    | *DDoyle@mofo.com* |
| 18 | ERIC M. ACKER (SBN 135805) |
|    | *EAcker@mofo.com* |
| 19 | MORRISON & FOERSTER LLP |
|    | 12531 High Bluff Drive |
| 20 | San Diego, California 92130-2040 |
|    | Telephone: (858)720-5100 |
| 21 | Facsimile: (858)720-5125 |
| 22 | PARISA JORJANI (SBN 203487) |
|    | *PJorjani@mofo.com* |
| 23 | MORRISON & FOERSTER LLP |
|    | 425 Market Street, 32nd Floor |
| 24 | San Francisco, CA 94105 |
|    | Telephone: (415) 268-7000 |
| 25 | Facsimile: (415) 276-7505 |
| 26 | |
| 27 | |
| 28 | |

-2-   CASE NO. 5:13-CV-2416 LHK (PSG)

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2  The Clerk shall close the case file.

   DATED:       December 1, 2014

3  _____

   THE HONORABLE LUCY H. KOH
4  United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28